992 A.2d 858

**CITY OF PHILADELPHIA, Petitioner**

v.

**WORKERS' COMPENSATION APPEAL BOARD (GREVY), Respondents.**

Supreme Court of Pennsylvania.

April 14, 2010.

### *ORDER*

PER CURIAM.

AND NOW, this 14th day of April, 2010, the Petition for Allowance of Appeal and the Application for Supersedeas are DENIED.